## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of** | **United States Southern District Court** |

Case Number: 22-CV-60112-RNS

Plaintiff:
**Isaaca Thorpe**

vs.

Defendant:
**ARS Account Resolution Services**

For:
Credit Repairs Lawyers of America
sec@crlam.com
22142 W Nine Mile Road
Southfield, MI 48033

Received by All Broward Process Corp on the 22nd day of February, 2022 at 1:52 pm to be served on **ARS Account Resolution Services c/o C T Corporation System, 1200 South Pine Island Rd, Plantation, FL 33324**.

I, Francisco X. Carreras, being duly sworn, depose and say that on the **23rd day of February, 2022** at **1:45 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Registered Agent** at the address of: **1200 South Pine Island Rd, Plantation, FL 33324** on behalf of **ARS Account Resolution Services**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55+, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2). Electronically signed in accordance with FSS 48.21(1).

_____
**Francisco X. Carreras**
#582

**All Broward Process Corp**
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194

Subscribed and Sworn to before me on the _____ day of _____, _____ by the affiant who is personally known to me or appeared by means of physical presence or online notarization.

_____
NOTARY PUBLIC

Our Job Serial Number: BPC-2022000642