United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Isaaca Thorpe, Plaintiff, <br><br> v. <br><br> ARS Account Resolution Services, Defendant. | ) <br> ) <br> ) Civil Action No. 22-60112-Civ-Scola <br> ) <br> ) <br> ) |

**Order on Clerk's Default Procedure**

    It appears that ARS Account Resolution Services has failed to timely respond to the complaint. In order to resolve this case justly, swiftly, and economically the Court **orders** the Plaintiff to submit a *Motion for Entry of Clerk's Default* by **March 25, 2022** consistent with Federal Rule of Civil Procedure 55(a). The motion *must* include a certificate of service indicating that the Plaintiffs sent it to the Defendants, including the addresses it was mailed to.

    Alternatively, if the Plaintiffs no longer wishes to prosecute this action, or have otherwise settled the matter, the Plaintiffs must immediately file a *Notice of Voluntary Dismissal* in keeping with Federal Rule of Civil Procedure 41(a)(1)(A)(i). This option is not available to FLSA Plaintiffs. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982).

    If the Clerk enters a default and the Defendants fail to move to set aside the default, or fail to otherwise respond to this lawsuit, the Plaintiffs must promptly seek a default judgment, consistent with Federal Rule of Civil Procedure 55(b). If the Plaintiffs fail to timely seek a Clerk's default or a default judgment, the Court may dismiss this action, without prejudice, for failure to prosecute. The Court directs the Clerk to **mail copies of this order** to any Defendant who has not appeared at the address(es) listed below.

    **Done and ordered** in Miami, Florida on March 18, 2022.

                                                  Robert N. Scola, Jr.
                                                  United States District Judge

*Copy via U.S. mail to:*
ARS Account
Resolution Services c/o
C T Corporation System,
1200 South Pine Island Rd, Plantation, FL 33324