UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ISAACA THORPE

PLAINTIFF(S)

CASE NUMBER
0:22−cv−60112−RNS

v.

ARS ACCOUNT RESOLUTION SERVICES,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**ARS Account Resolution Services**

as of course, on the date March 23, 2022.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Esperanza Buchhorts−Rodriguez*
Deputy Clerk

cc:  Judge Robert N. Scola, Jr
     Isaaca Thorpe

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)