

March 30, 2022

US DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK-ROOM 8N09
400 NORTH MIAMI AVENUE,
MIAMI, FL 33128-7716

FILED BY PG D.C.
APR 18 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ISAACA THORPE vs. ARS Account Resolution Services

Case No. 022CV60112RNS

Dear Sir/Madam:

ARS Account Resolution Services is not listed on our records or on the records of the State of FL.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 541317656

Sent By Regular Mail

cc: --




**(Returned To)**

US DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK-ROOM 8N09
400 NORTH MIAMI AVENUE,
MIAMI, FL 33128-7716



**Wolters Kluwer**

CT Corporation
Rejection Team
1999 Bryan Street
Suite 900
Dallas, TX 75201



neopost
03/30/2022
US-POSTAGE $000.46

FIRST-CLASS MAIL
AUTO

ZIP 56303
041L12203964

**ADDRESS SERVICE REQUESTED**

CT CORP-REJECT ENVL (05/2021)

39128