UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-60112-RNS

ISAACA THORPE,

    Plaintiff,

v.

ARS ACCOUNT RESOLUTION SERVICES,

    Defendant.

_____/

### ORDER SCHEDULING MEDIATION

The parties will hold the mediation conference in this matter before Mediator Christopher E. Benjamin of Salmon & Dulberg on **September 9, 2022, at 10:00 a.m.**, at **150 S. Pine Island Road, Suite 300, Plantation, FL 33324.** The mediator and the parties have agreed to this date. The parties may not reschedule the mediation without leave of the Court.

**DONE AND ORDERED** in chambers, a Fort Lauderdale, Florida, this ___**day of June 2022.**

                                                  _____
                                                ROBERT N. SCOLA, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record