United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Isaaca Thorpe, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-60112-Civ-Scola |
| ) | |
| ARS Account Resolution Services, ) | |
| Defendant. ) | |

### Order Scheduling Mediation

The mediation conference in this matter will be held with Christopher E. Benjamin on September 9, 2022 at 10:00 a.m. at 150 S. Pine Island Rd. Suite 300 Plantation, Florida 33324. The mediator and the parties have agreed to this date. It may not be rescheduled without leave of the Court. If, at the time of the scheduled mediation, travel and social-interaction restrictions are still in place or being recommended due to the coronavirus pandemic, the parties must arrange for mediation to occur via videoconference.

The Court reminds the parties that the mediation report is due within seven days following the mediation conference. If the mediator fails to file a mediation report within seven days following the mediation conference, lead counsel must file a mediation report within 14 days after the mediation conference.

**Done and ordered**, in Miami, Florida, on June 3, 2022.

_____
Robert N. Scola, Jr.
United States District Judge