UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-60112-RNS

ISAACA THORPE,

    Plaintiff,

v.

ARS ACCOUNT RESOLUTION SERVICES[1],

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Isaaca Thorpe, and Defendant, Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services ("the Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, and would represent to the Court that this action has been resolved and would request entry of an Order dismissing this matter with Prejudice, each party to bear their own costs and attorneys' fees.

Dated this **17th day of January 2023.**

| | |
|---|---|
| **/s/** Daniel M. Brennan | /s/ Ernest H. Kohlmyer, III |
| Daniel M. Brennan, Esq. | Ernest H. Kohlmyer, III, Esquire |
| Credit Repair Lawyers of America | Florida Bar No. 110108 |
| 39111 Six Mile Road, Suite 142 | Skohlmyer@shepardfirm.com |
| Livonia, MI 48152 | Shepard, Smith, Kohlmyer & Hand, P.A. |
| (248) 353-2882 | 2300 Maitland Center Parkway, Suite 100 |
| Fax (248) 353-4840 | Maitland, Florida 32751 |
| *Attorney for Plaintiff* | Telephone (407) 622-1772 |
| | Facsimile (407) 622-1884 |

---

[1] The correct name for Defendant is Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services.

*Attorneys for Defendant Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **January 17, 2023**, with the Clerk of the Court by using the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: Daniel Brennan, Esquire at daniel@crlam.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services*